| | | |
|---|---|---|
| **Donna M Jackson/WAWD/09/USCOURTS**<br>04/22/2008 04:29 PM | To<br>cc<br>bcc<br>Subject | "Colleen Egan" <cegan@yarmuth.com><br><br><br>Re: The Basketball Club of Seattle v. The Professional Basketball Club |

Your case number is: C08-0623RSL.  Summons and receipt given to Messenger.  Thx!

~Donna Jackson
"Colleen Egan" <cegan@yarmuth.com>



| | | |
|---|---|---|
| **"Colleen Egan" <cegan@yarmuth.com>**<br>04/22/2008 03:57 PM | To<br>cc<br><br><br>Subject | <newcases.seattle@wawd.uscourts.gov><br>"Richard Yarmuth" <yarmuth@yarmuth.com>, "Seth Wilkinson" <swilkinson@yarmuth.com>, "Angelo Calfo" <acalfo@yarmuth.com><br>The Basketball Club of Seattle v. The Professional Basketball Club |

Dear Court Clerk,

Attached for filing are the following documents:

1.  Civil Cover Sheet;
2.  Summons in A Civil Action; and
3.  Complaint for Relief Arising Out of Fraud & Misrepresentation

The filing fee in the amount of $350 is being delivered this afternoon to the Court Clerk's office at 700 Stewart Street, Seattle, Washington.  Please issue the Summons & return to us.

Thank you.

**Colleen Egan**
Legal Assistant
Yarmuth Wilsdon Calfo PLLC
Fourth & Madison, Suite 2500
925 Fourth Avenue
Seattle, WA  98104
Telephone:  (206) 516.3879
Fax:  (206) 516.3888
Website:  www.yarmuth.com

**CONFIDENTIALITY NOTICE:**  This e-mail and any attachments may contain privileged or other confidential information generated by Yarmuth Wilsdon Calfo PLLC.  If you are not the intended recipient, please do not read or review this e-mail or its attachments.  Please also notify the sender of your receipt of this e-mail and delete all copies of the e-mail and its attachments from your system.  Thank you

  
Civil Cover Sheet.pdf   Summons in a Civil Action.pdf   Complaint for Relief Ariginst out of Fraud & Misrepresentation.pdf